NATHAN C. VOLHEIM
nvolheim@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY J. UPCHURCH,<br><br>            Plaintiff,<br><br>    v.<br><br>OAKMONT RECOVERY GROUP, LLC<br>and BCT PROCESSING, LLC,<br><br>            Defendants. | Case No. 3:18-cv-06600<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE AND HEARING DATES SET FORTH IN CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE** |

All parties hereby stipulate and request that the court enter a deadline extending the deadline set forth in Clerk's Notice Continuing Case Management Conference. Good cause exists for this request:

1. Plaintiff filed its Complaint against OAKMONT RECOVERY GROUP, LLC and BCT PROCESSING, LLC ("Defendants") pursuant to the Fair Debt Collection Practices Act and Rosenthal Fair Debt Collection Practices Act.

2. On December 19, 2018, Plaintiff filed a Notice of Settlement in this matter notifying the court that both parties need sixty days to file their dismissal documents in this matter. [Dkt No. 25].

3. On January 25, 2019, pursuant to the filed Notice of Settlement, the Clerk enter an order continuing the case management conference date from January 21, 2019 to February 21, 2019. Parties were also ordered to file their stipulation of dismissal by February 19, 2019.

4. Both parties are working on finalizing the settlement in this matter and will require another 30 days to file their dismissal documents.

5. Plaintiff requests that both parties' deadline to file their stipulation of dismissal shall be extended by approximately 30 days, through March 18, 2019 and the case management conference to be continued for another 30 days. Plaintiff respectfully requests that this Honorable Court so order.

Dated: February 15, 2019

    s/ Nathan C. Volheim
    Nathan C. Volheim
    *Admitted Pro Hac Vice*
    Sulaiman Law Group, Ltd.
    2500 S. Highland Avenue, Suite 200
    Lombard, IL 60148
    (630) 575-8181
    nvolheim@sulaimanlaw.com
    *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

    *s/ Nathan C. Volheim*
    Nathan C. Volheim

**ORDER**

Pursuant to stipulation and for good cause shown, the parties' deadline to file dismissal documents is extended to March 18, 2019 and the case management conference is continued to March 28, 2019.

IT IS SO ORDERED.

DATED: _____                    _____
                                                                                          UNITED STATES MAGISTRATE JUDGE